```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

SAFET RAMA,

                Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

22-cv-6928 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to respond to the complaint is extended to **January 20, 2023**.

SO ORDERED.

Dated:    New York, New York
            December 19, 2022

                                          John G. Koeltl
                                United States District Judge