UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SAFET RAMA,

                      Plaintiff,                    22 **CIVIL** 6928 (JLC)

         -against-                         **JUDGMENT**

ACTING COMMISSIONER
OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion & Order dated December 5, 2023, Rama's motion for judgment on the pleadings is denied, and the Commissioner's cross-motion is granted. Judgment is entered for the Commissioner.

**Dated:**  New York, New York
          December 5, 2023

                                                                          RUBY J. KRAJICK
                                                                          Clerk of Court

                                            **BY:**

                                                                           **Deputy Clerk**